☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re:  **Alisa Yvette Gladney**    Case No.

Debtors:    Chapter 13

## CHAPTER 13 PLAN

**ADDRESS:**    (1) **4936 Chamberlain Lane**    (2)
                **Memphis, TN 38128**

**PLAN PAYMENT:**
  **Debtor(1)** shall pay $ **548.00**    ☐ weekly, ☑ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
  ☑ **PAYROLL DEDUCTION** From: **Career Path Traning Corp. Saint Petersburg, FL 33716**    OR ( ) DIRECT PAY

  **Debtor(2)** shall pay $    ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
  ☐ **PAYROLL DEDUCTION** From:    OR (  ) DIRECT PAY

**1. THIS PLAN [Rule 3015.1 Notice]:**

  (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]    ☐ YES    ☑ NO
  (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION    ☑ YES    ☐ NO
      OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
  (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].    ☐ YES    ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**    Monthly Plan Payment:

**None**    Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, OR ☐ Trustee to:
            ongoing payment begins    $
            Approximate arrearage:

**5. PRIORITY CLAIMS:**

**Internal Revenue Service**    Amount **1,200.00**    $    **20.00**

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☑ Paid by Trustee to:

**Wells Fargo Hm Mortgag**    ongoing payment begins   August 2019        $**678.00**
                             Approximate arrearage:    **6,312.00**    Interest **0.00**    $**106.00**

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]    Value of Collateral:    Rate of Interest    Monthly Plan Payment:

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]    Value of Claim:    Rate of Interest    Monthly Plan Payment:
**Cash Express**    **1,000.00**    **7.25**    $**20.00**

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-                                            Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

                        Amount:            Rate of Interest       Monthly Plan Payment: $

-NONE-

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

None         ☐ Not provided for  **OR**  ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $40,580.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐  0.00  %, OR,
☑  THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

None                                                 ☐ Assumes  **OR**  ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ B. David Sweeney                                              Date  March 25, 2019          .
B. David Sweeney 012821
Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)