UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| In Re: | Case No. 19-22478 |
| ALISA YVETTE GLADNEY, | Chapter 13 |
| DEBTOR(S). | |

**OBJECTION OF WELLS FARGO BANK, N.A. TO CONFIRMATION REGARDING REAL PROPERTY LOCATED AT 4936 CHAMBERLAIN LANE, MEMPHIS, TENNESSEE 38128**

*COMES NOW* Wells Fargo Bank, N.A., for just cause, and files this written objection to confirmation pursuant to 11 USC § 1324. Wells Fargo Bank, N.A. objects and asks that a hearing be held and for grounds says that the plan understates the arrearage owed on the home mortgage claim. The proposed plan lists $6,312.00 in arrears, whereas actual arrears are approximately $8,068.58.

*WHEREFORE*, PREMISES CONSIDERED, Creditor prays:

1. That confirmation be denied.

2. That Wells Fargo Bank, N.A. be awarded its attorney fees and costs incurred in this action.

3. For any and all further relief to which it may be entitled.

Respectfully submitted,

*/s/ Jordan Anderson*
Jordan Anderson, Attorney for Creditor, Bar # 036721
joranderson@logs.com |704-609-3496
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Supervisory Attorney Contact: Bonnie Culp
bculp@logs.com | 704-249-0065
Electronic Service Notifications: tnecf@logs.com

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Objection to Confirmation has been electronically served or mailed, postage prepaid on April 18, 2019

    B David Sweeney
    The Sweeney Law Firm, P.C.
    P.O Box 341698
    Bartlett, TN 38134


    Alisa Yvette Gladney
    4936 Chamberlain Lane
    Memphis, TN 38128


    George W. Stevenson
    Chapter 13
    5350 Poplar Avenue
    Suite 500
    Memphis, TN 38119-3697


    */s/ Jordan Anderson*
    Jordan Anderson, Attorney for Creditor, Bar # 036721
    joranderson@logs.com |704-609-3496
    Shapiro & Ingle, LLP
    10130 Perimeter Pkwy, Suite 400
    Charlotte, NC 28216
    Phone: 704-333-8107 | Fax: 704-333-8156
    Supervisory Attorney Contact: Bonnie Culp
    bculp@logs.com | 704-249-0065
    Electronic Service Notifications: tnecf@logs.com