**Dated: June 18, 2019**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| In Re: | Case No. 19-22478 |
| Alisa Yvette Gladney, | Chapter 13 |
| Debtor. | Judge David S. Kennedy |

**AGREED ORDER RESOLVING OBJECTION TO CONFIRMATION AND MODIFYING PLAN AS TO WELLS FARGO BANK, N.A. REGARDING REAL PROPERTY LOCATED AT 4936 CHAMBERLAIN LANE, MEMPHIS, TENNESSEE 38128**

COME NOW, Wells Fargo Bank, N.A. ("Wells Fargo"), and the Debtor herein, by and through counsel, and agree as follows:

1. That Wells Fargo shall remain in this Chapter 13 Plan, with payments to be made by the Trustee to Wells Fargo at the address designated in Court Claim No. 9-1.

2. That the arrearage claim of Wells Fargo Bank, N.A. in the amount of $8,068.58, will be paid over the life of the plan at an amount to be determined to by the Trustee.

3. That the ongoing mortgage payment of $669.76 beginning August 1, 2019, shall be paid by the Trustee's office.

4. That the Trustee will make the necessary adjustments to effectuate this Order.

**IT IS SO ORDERED.**

APPROVED FOR ENTRY:

*/s/ Michael G. Clifford*
Michael G. Clifford, Attorney for Creditor, Bar # 028691
mclifford@logs.com |704-517-9154
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Supervisory Attorney Contact: Bonnie Culp
bculp@logs.com | 704-249-0065
Electronic Service Notifications: tnecf@logs.com


*/s/ B. David Sweeney*
B David Sweeney
The Sweeney Law Firm, P.C.
P.O Box 341698
Bartlett, TN 38134
901-386-3662
bdavidsweeney@gmail.com
Attorney for Debtor



/s/ George W. Stevenson_____
George W. Stevenson
Chapter 13 Trustee
5350 Poplar Avenue
Suite 500
Memphis, TN 38119-3697
(901)821-2400

Entities to be Served:

B David Sweeney
The Sweeney Law Firm, P.C.
P.O Box 341698
Bartlett, TN 38134


Alisa Yvette Gladney
4936 Chamberlain Lane
Memphis, TN 38128


George W. Stevenson
Chapter 13
5350 Poplar Avenue
Suite 500
Memphis, TN 38119-3697